FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
12 NOV -9 PM 3:51
OFFICE OF THE CLERK

# United States District Court
# Nebraska

Kayla Money

V.

United States Marshalls
& Federal Bureau of
Investigation John Does

Case # 8:12cr396

Bivens actions
informa pauperis
Quest

On November 4, 2012, plaintiff was inside her home at 3902 N. 54th St, Omaha, NE, 68104. While laying in bed plaintiff noticed two cameras placed in windows. Upon noticing cameras plaintiff also noticed two individuals standing on the balcony as well. A phone call was placed to have home checked on but nothing appeared out of order. At this point additional people were viewed on the balcony and the sound of drilling became apparent from behind the headboard of plaintiffs bed. The plaintiff sent multiple text messages to family and friends asking for help. Plaintiff injured her knee on November 3, 2012 and had limited mobility, so there was no way to easily move from the bed while gases coming into the home. Once those messages were received, family members of Plaintiff made calls to 911 dispatch. An incorrect address

1

was originally given by plaintiff's family which caused dispatch to call back and re-gather information. Dispatch called back twice and was told to check on plaintiff. Original calls placed after 3:00 pm. Multiple family members and friends of plaintiff went to home, to check on plaintiff. There was nothing out of order to anyone who came. During this time, plaintiff and second party were still inside. People were unable to see what was going on due to agents and officers of the federal government being camoflauged in the bushes along the home. Over a duration of six hours gas was being entered into the home. Both dogs were sick. They were lethargic and disoriented. Plaintiff began seizing and second party ran onto balcony screaming for help due to plaintiff possibly dying. No federal agents or officers went to give aid to plaintiff. A lady, that works in health field, walked past and said she knew cpr and was led to the door to administer help. Samaritan also placed a call to 911 dispatch. The federal agents and officers present still refused to render aid. After police and paramedics left from scene

2

plaintiff and other parties took pictures of federal agents and officers.

Wherefore we pray that this court will grant plaintiff such equitable relief, and monetary relief as is equitable under the circumstances. Plaintiff is a pauper and therefore she prays leave to proceed herein informa pauperis. in support whereof she attaches her poverty affidavit.

November 9, 2012

Kayla R. Money
3902 N. 54 St
Omaha, NE 68104